# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| **EDILBERTO ANTONIO GUEVARA,** Individually and On Behalf of All Others Similarly Situated, | § § § § |
| Plaintiff, | § § |
| v. | §  CIVIL ACTION NO. 5:18-cv-1331-XR § |
| **CENTRAL FIRE PROTECTION, INC.,** | §  FLSA - COLLECTIVE ACTION § |
| Defendant. | § § |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT AND DISMISSAL WITH PREJUDICE

The Parties file this Joint Motion for Approval of Settlement and Dismissal with Prejudice, and respectfully state as follows:

This is an action for unpaid wages under the Fair Labor Standards Act of 1938, as amended ("FLSA"), 29 U.S.C. § 201 *et seq.* Plaintiff asserted he and other similarly-situated individuals were owed unpaid overtime based on their work for Defendant. Defendant denies Plaintiff's allegations. The Parties engaged in settlement negotiations to resolve the bona fide disputes between them, and reached a settlement agreement as to Plaintiff and a limited subclass of putative class members (who are specifically enumerated in Ex. A to the Parties' agreement). This settlement agreement is memorialized in the Stipulation of Settlement and Release attached hereto as Exhibit 1. The Parties agree that the settlement agreement reflects a fair and reasonable compromise of Plaintiff's and the specifically-enumerated putative class members' claims.

Wherefore, the Parties respectfully request that the Court approve the settlement agreement and dismiss this case with prejudice.

Respectfully Submitted,

EQUAL JUSTICE CENTER

By: <u>/s/ Colleen Mulholland</u>
Colleen Mulholland
Texas State Bar No. 24091765
8301 Broadway Street, Ste. 309
San Antonio, Texas 78209
Tel (210) 308-6222, ext. 101
Fax (210) 308-6223
cmulholland@equaljusticecenter.org

Anna Bocchini
Texas State Bar No. 24057410
510 S. Congress Ave., Ste. 206
Austin, Texas 78704
Tel (512) 474-0007, ext. 105
Fax (512) 474-0008
abocchini@equaljusticecenter.org

COUNSEL FOR PLAINTIFF

By: <u>/s/ David L. Kane</u>
David L. Kane
Attorney at Law -
State Bar No.: 00790996
5301 Village Creek Drive, Suite D, Plano, Texas 75093
Tel: (972) 665 0055
Fax: (972) 665 0100
david@davidkanepc.com

COUNSEL FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

David L. Kane / State Bar No. 00790996 / david@davidkanepc.com
COUNSEL FOR DEFENDANT

/s/ Colleen Mulholland
Colleen Mulholland