# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| EDILBERTO ANTONIO GUEVARA, INDIVUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED; *Plaintiff*, <br><br> v. <br><br> CENTRAL FIRE PROTECTION, INC., *Defendant*. | SA-18-CV-01331-XR |

## ORDER APPROVING SETTLEMENT
## AND GRANTING DISMISSAL WITH PREJUDICE

Having considered the Parties' Joint Motion for Approval of Settlement and Dismissal with Prejudice (ECF No. 20) and its accompanying documents, the Court finds it should be in all respects GRANTED.

It is, therefore, ORDERED, ADJUDGED, and DECREED that the Parties' settlement agreement is APPROVED by the Court and this lawsuit, including all causes of action asserted by Plaintiff against Defendant in the above-entitled and numbered cause, be and the same are hereby DISMISSED WITH PREJUDICE to the right of Plaintiff to refile same or any part thereof. All costs of court and attorneys' fees are borne by the party incurring the same. This Court shall retain jurisdiction to oversee and enforce the terms of the settlement agreement.

SIGNED this 19th day of December, 2019.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE